# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROULEAU,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: CV 23-3208-DMG (RAOx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [20]** |

　　　Pursuant to the parties' stipulation, the above-captioned action is dismissed with prejudice.  The parties shall bear their own fees and costs.

DATED: August 16, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE